UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 5:25-cv-00357-MRA-DTB | Date | September 23, 2025 |
|---|---|---|---|
| Title | *Downey Hyundai, Inc. v. Mustafa Amin, et al.* | | |

| Present: The Honorable | MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE |
|---|---|

| Melissa H. Kunig | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER RE MOTIONS TO DISMISS

The Cout is in receipt of the parties' various motions filed since August 6, 2025. ECF 81, 82, 90, 91, 92, 95. The Court hereby **ORDERS** as follows:

Plaintiff Downey Hyundai, Inc.'s Motion to Dismiss Cross-Complaint [81] is hereby **CONTINUED** from October 20, 2025, at 1:30 p.m. to **November 10, 2025, at 1:30 p.m.**

In light of Plaintiff filing its Third Amended Complaint [87], Defendant DWWCT LC's Motion to Dismiss Plaintiff's Second Amended Complaint [82] is **DENIED AS MOOT**. The hearing set for October 20, 2025, at 1:30 p.m. is **VACATED**.

Defendants' Harvey M. Harper Co., and Oremor of Riverside, LLC dba BMW of Riverside Motion to Dismiss Plaintiff's Third Amended Complaint [90] and Defendant Jackson's Motors Inc.'s Motion to Dismiss Plaintiff's Third Amended Complaint [92] **REMAIN ON CALENDAR** as noticed for **November 10, 2025, at 1:30 p.m.**

Pursuant to Defendant DWWCT LC's Notice of Errata [94] and the reasons contained therein, Defendant DWWCT LC's Notice of Motion and Motion to Dismiss Plaintiff's Third Amended Complaint [93] is hereby **STRICKEN**.

Defendant DWWCT LC's Motion to Dismiss Plaintiff's Third Amended Complaint [95] is hereby **CONTINUED** from November 3, 2025, at 1:30 p.m. to **November 10, 2025, at 1:30 p.m.**

//

//

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 5:25-cv-00357-MRA-DTB | Date | September 23, 2025 |
|---|---|---|---|
| Title | *Downey Hyundai, Inc. v. Mustafa Amin, et al.* | | |

All motions currently pending before the Court shall be heard on November 10, 2025, at 1:30 p.m.

**IT IS SO ORDERED.**

                                         \_\_\_ : \_\_\_
Initials of Deputy Clerk    mku